UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>OSMANY RUIZ LEMAS,<br><br>  Defendant. | No. CR-13-026-LRS-4<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |

Before the court is Defendant's Motion to Modify One Condition of Release. The court has considered the Motion and Declaration of Counsel. The United States has not filed a response. Accordingly, the matter is treated as unopposed.

**IT IS ORDERED** that Defendant's Motion to Modify One Condition of Release, **ECF No. 108,** is **GRANTED.** The $75,000 corporate surety bond requirement is **modified.** Defendant shall post a $75,000 percentage bond with a deposit of $7,000 cash into the court registrar.

All other release conditions ordered on March 22, 2013, ECF No. 101, remain in full effect.

DATED April 10, 2013.

     S/ CYNTHIA IMBROGNO
     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY - 1