UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSMANY RUIZ LEMAS,<br><br>Defendant. | No. CR-13-026-LRS-4<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MODIFY** |

Before the Court is Defendant's unopposed Motion to Modify. Defendant seeks to eliminate the condition of electronic home monitoring or GPS monitoring. The Court having considered the Motion and Declaration of Counsel, and finding neither the United States nor the United States Probation Office oppose removal of electronic home monitoring,

**IT IS ORDERED** that the Defendant's unopposed Motion to Modify One Release Condition, **ECF No. 243,** is Granted. All other release conditions contained in the Order filed March 22, 2013, remain in full effect.

DATED November 4, 2013.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1